## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

DIANA SOURS and GARY
EDWARDS, individually and
on behalf of all others similarly
situated,

       Plaintiffs,

v.

JAC PRODUCTS, INC.,

       Defendant.

Case No. 5:22-cv-10532-JEL-APP

Hon. Judith E. Levy
Magistrate Judge Anthony P. Patti

---

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

The parties, Diana Sours and Gary Edwards, and JAC Products, Inc., by and through their respective counsel, stipulate pursuant to FRCP 41(a)(1)(A)(ii), to dismiss this action with prejudice and without costs or fees to any party.

Dated:  July 15, 2024

*/s/Jesse L. Young*
Jesse L. Young (P72614)
Sommers Schwartz, P.C.
1 Towne Sq., 17th Floor
Southfield, Michigan 48375
(248) 355-0300
jyoung@sommerspc.com

Nicholas A. Migliaccio
Jason S. Rathod
Migliaccio & Rathod, LLP
412 H Street NE, 3rd Floor
Washington, DC 20002

Respectfully Submitted,

*/s/Gray S. Fealk (w/ consent)*
Gary S. Fealk (P53819)
John T. Below (P48677)
Bodman PLC
201 W. Big Beaver Road, Suite 500
Troy, MI  48084
(248) 743-6000
gfealk@bodmanlaw.com15
jbelow@bodmanlaw.com

*Attorneys for Defendant*

Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiffs*